(116 So. 926)

Willie MYERS v. STATE. (6 Div. 346.) Court of Appeals of Alabama. April 24, 1928. Rehearing Stricken May 15, 1928.

R. L. Blanton, Judge. Distilling.

SAMFORD, J. Affirmed.

---

(116 So. 926)

John NEEDHAM v. STATE. (5 Div. 698.) Court of Appeals of Alabama. April 17, 1928.

S. L. Brewer, Judge. Violating prohibition law.

RICE, J. Affirmed.

---

(117 So. 926)

Bill NELSON v. STATE. (7 Div. 377.) Court of Appeals of Alabama. June 5, 1928.

R. B. Carr, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

---

(113 So. 918)

Willie NELSON v. TOWN OF OXFORD. (7 Div. 368.) Court of Appeals of Alabama. June 9, 1927.

R. B. Carr, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(114 So. 924)

Lawson NEWMAN v. STATE. (4 Div. 321.) Court of Appeals of Alabama. Nov. 15, 1927.

J. S. Williams, Judge.

BRICKEN, P. J. Affirmed.

---

(116 So. 926)

George NEWTON v, STATE. (5 Div. 691.) Court of Appeals of Alabama. April 17, 1928.

S. L. Brewer, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

---

(113 So. 918)

Colvin NICHOLS and Ed. Lewis v. STATE. (4 Div. 299.) Court of Appeals of Alabama. April 19, 1927. Rehearing Denied June 30, 1927.

A. E. Gamble, Judge. Assault and battery.

RICE, J. Affirmed.

---

(112 So. 924)

Filmore NICHOLS v. STATE. (4 Div. 196.) Court of Appeals of Alabama. Dec. 14, 1926. Rehearing Denied Jan. 18, 1927.

A. E. Gamble, Judge.

Frank B. Bricken, of Luverne, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed, on authority of Gould Sexton v. State, ante, p. 16, 111 So. 897.

---

(111 So. 926)

Jack NORRIS v. STATE. (3 Div. 546.) (Court of Appeals of Alabama. Jan. 11, 1927.)

A. E. Gamble, Judge. Powell & Hamilton, of Greenville, for appellant. Harwell G. Davis, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., for the State. Distilling.

RICE, J. Affirmed.

---

(115 So. 924)

John NUNLEY v. STATE. (8 Div. 617.) Court of Appeals of Alabama. Jan. 31, 1928.

James E. Horton, Judge.

RICE, J. Affirmed.

---

(111 So. 926)

Albert NUNNALLY v. CITY OF HUNTSVILLE. (8 Div. 517.) (Court of Appeals of Alabama. Feb. 1, 1927.)

O. Kyle, Judge.

BRICKEN, P. J., The prosecution of this appellant was for the violation of an ordinance of the city of Huntsville; the specific charge being the violation of the prohibition laws of said city. From a conviction in the mayor's court, he appealed to the circuit court, and was there tried by the court, without a jury, upon an amended complaint filed by the city, was again convicted, and, from the judgment of conviction in the circuit court, this appeal was taken. The appeal is here submitted upon motion to affirm. This motion must prevail, as there are no assignments of error or brief by appellant, as the law requires in appeals of this character. Motion to affirm is granted. Affirmed.

---

(112 So. 924)

Albert NUNNALLY v. CITY of HUNTSVILLE. (8 Div. 518.) Court of Appeals of Alabama. March 29, 1927.

O. Kyle, Judge. See, also, ante, p. 684, 111 So. 926.

SAMFORD, J. Affirmed.

---

(116 So. 926)

Mrs. C. W. OBERKIRK v. STATE. (1 Div. 775.) Court of Appeals of Alabama. April 10, 1928.

Saffold Berney, Judge. Prohibition.

RICE, J. Affirmed.

---

(118 So. 925)

C. W. OBERKIRK, Jr., v. STATE. (1 Div. 832.) Court of Appeals of Alabama. Nov. 27, 1928.

Joel W. Goldsby, Judge.

BRICKEN, P. J. Affirmed.